**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| **Plaintiff,** § | |
| § | **CRIMINAL NO.** |
| **V.** § | **SA:22-CR-00354-OLG** |
| § | |
| **SONYA M. GUEVARA** § | |
| **Defendant.** § | |

**NOTICE OF APPEARANCE**

**TO THE HONORABLE UNITED STATES JUDGE FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:**

Enter our appearance as Counsel in said case for Defendant, **SONYA M. GUEVARA**.

We certify that we are licensed to practice in this Honorable Court.

SIGNED this the 18TH day of AUGUST 2022.

Respectfully submitted,

CALFAS LAW GROUP, PLLC
**NEIL A. CALFAS**
SBN: 50511505
310 S. St. Mary's Street, 25th Floor
San Antonio, Texas 78205
Tel: (210) 212-6969
Fax: (210) 212-7766

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing Notice of Appearance was electronically filed with the Clerk of this Honorable Court using the CM/ECF system which will send notification electronically to the Assistant United States Attorney.

SIGNED this the 18TH day of AUGUST 2022.

_____/s/_____
NEIL A. CALFAS